IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FREDERICK EUGENE LEONARD,** | Case No. 2:21-cv-00930-KJN (PC) |
| Plaintiff, | ~~[PROPOSED]~~ **ORDER GRANTING DEFENDANTS' REQUEST TO OPT OUT OF POST-SETTLEMENT ALTERNATIVE DISPUTE RESOLUTION PROJECT** |
| v. | |
| **M. STRAND, et al.,** | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se. The undersigned read and considered the "Motion to Opt Out of Post-Screening ADR Project" filed by defendants T. Geis and M. Strand and the declaration of counsel supporting the motion. (ECF No. 23.) Good cause appearing, the motion is granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out (ECF No. 23) is granted;

2. The Court lifts the current stay of this action (ECF No. 20); and

3. Within 21 days from the date of this order, defendants shall file a responsive pleading to plaintiff's first amended complaint (ECF No. 11).

Dated:  January 25, 2022

leon0930.opt

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE