UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK LEONARD, | No. 2:21-cv-0930 KJN P |
| Plaintiff, | |
| v. | ORDER |
| M. STRAND, et al., | |
| Defendants. | |

Plaintiff is a former state prisoner proceeding pro se.  Each of the parties in the above-captioned case filed a Consent to Proceed Before a United States Magistrate Judge.  See 28 U.S.C. § 636(c).  By order filed July 15, 2022, plaintiff was ordered to show cause, within twenty-one days, why his action should not be dismissed.  The thirty day period has now expired, and plaintiff has not shown cause or otherwise responded to the court's order.

In accordance with the above, IT IS HEREBY ORDERED that this action is dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated:  August 17, 2022

/leon0930.fsc

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1